IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-00083-01-CR-W-BP |
| ) | |
| DEMETRICS J. DENNIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING PLEA OF GUILTY

On June 18, 2025, the Honorable Lajuana M. Counts, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to one count of being a felon in possession of a firearm. (Doc. 26.) There has been no objection to Judge Counts's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and he is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: July 7, 2025
UNITED STATES DISTRICT COURT